**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In Re:   SHERON D YOUNG                                         Case No.: 08-27937

            Debtor(s)

---

**CHAPTER 13 STANDING TRUSTEE FINAL REPORT AND ACCOUNT**

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 10/17/2008.

2) The case was confirmed on           .

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 03/19/2009.

6) Number of months from filing to the last payment:  1

7) Number of months case was pending:  9

8) Total value of assets abandoned by court order:  NA

9) Total value of assets exempted: $     1,140.00

10) Amount of unsecured claims discharged without payment $     .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(4/1/2009)**

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ | 300.00 |
| Less amount refunded to debtor | $ | 300.00 |
| **NET RECEIPTS** | $ | .00 |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid through the Plan | $ | .00 |
| Court Costs | $ | .00 |
| Trustee Expenses and Compensation | $ | .00 |
| Other | $ | .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ | .00 |
| Attorney fees paid and disclosed by debtor | $ | .00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| CITIFINANCIAL AUTO C | UNSECURED | NA | 8,510.76 | 8,510.76 | .00 | .00 |
| AMERICREDIT FINANCIA | UNSECURED | NA | 8,696.82 | 8,696.82 | .00 | .00 |
| MARQUETTE CONSUMER F | UNSECURED | 12,449.00 | 12,781.45 | 12,781.45 | .00 | .00 |
| LITTON LOAN SERVICIN | SECURED | 150,000.00 | 127,685.63 | .00 | .00 | .00 |
| LITTON LOAN SERVICIN | SECURED | NA | 24,033.78 | .00 | .00 | .00 |
| POPULAR MORTGAGE SER | UNSECURED | 20,000.00 | NA | NA | .00 | .00 |
| POPULAR MORTGAGE | OTHER | NA | NA | NA | .00 | .00 |
| POPULAR MORTGAGE SER | OTHER | NA | NA | NA | .00 | .00 |
| COOK COUNTY TREASURE | SECURED | .00 | .00 | .00 | .00 | .00 |
| COOK COUNTY TREASURE | SECURED | 2,027.52 | 2,856.67 | 2,027.52 | .00 | .00 |
| COOK COUNTY TREASURE | UNSECURED | 2,027.52 | NA | NA | .00 | .00 |
| CITY OF CHICAGO DEPT | OTHER | NA | NA | NA | .00 | .00 |
| ARONSON FURNITURE | OTHER | NA | NA | NA | .00 | .00 |
| ARONSON FURNITURE | SECURED | 500.00 | .00 | 500.00 | .00 | .00 |
| ARONSON FURNITURE | UNSECURED | 500.00 | NA | NA | .00 | .00 |
| INTERNAL REVENUE SER | PRIORITY | 6,400.00 | NA | NA | .00 | .00 |
| ADVOCATE CHRIST MEDI | UNSECURED | 50.00 | NA | NA | .00 | .00 |
| AMERICA CASH ADVANCE | OTHER | NA | NA | NA | .00 | .00 |
| AMERICASH LOANS | OTHER | NA | NA | NA | .00 | .00 |
| AMERICREDIT FINANCIA | UNSECURED | NA | NA | NA | .00 | .00 |
| AMERICREDIT | OTHER | NA | NA | NA | .00 | .00 |
| AMERICREDIT FINANCIA | OTHER | NA | NA | NA | .00 | .00 |
| CASHCALL INC | UNSECURED | 2,591.00 | 6,114.89 | 6,114.89 | .00 | .00 |

**UST Form 101-13-FR-S(4/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| CASHCALL INC | OTHER | NA | NA | NA | .00 | .00 |
| CASHCALL INC | OTHER | NA | NA | NA | .00 | .00 |
| CASHNET USA | OTHER | NA | NA | NA | .00 | .00 |
| ECAST SETTLEMENT COR | OTHER | NA | NA | NA | .00 | .00 |
| CHICAGO CENTRAL EMER | UNSECURED | 159.00 | NA | NA | .00 | .00 |
| CITI AUTO | UNSECURED | NA | NA | NA | .00 | .00 |
| CITIFINANCIAL | OTHER | NA | NA | NA | .00 | .00 |
| CITI AUTO | OTHER | NA | NA | NA | .00 | .00 |
| CREDIT MANAGEMENT IN | OTHER | NA | NA | NA | .00 | .00 |
| DOLLAR THRIFTY AUTO | UNSECURED | 158.00 | NA | NA | .00 | .00 |
| ECAST SETTLEMENT COR | OTHER | NA | NA | NA | .00 | .00 |
| EMC MORTGAGE | OTHER | NA | NA | NA | .00 | .00 |
| EVERGREEN EMERGENCY | UNSECURED | 13.00 | NA | NA | .00 | .00 |
| FIRST BANK & TRUST | OTHER | NA | NA | NA | .00 | .00 |
| FIRST PREMIER BANK | OTHER | NA | NA | NA | .00 | .00 |
| FREMONT INVESTMENT & | OTHER | NA | NA | NA | .00 | .00 |
| ECAST SETTLEMENT COR | OTHER | NA | NA | NA | .00 | .00 |
| HSBC NV | OTHER | NA | NA | NA | .00 | .00 |
| HSBC BANK | OTHER | NA | NA | NA | .00 | .00 |
| LIGHTHOUSE FINANCIAL | OTHER | NA | NA | NA | .00 | .00 |
| LIGHTHOUSE FINANCIAL | OTHER | NA | NA | NA | .00 | .00 |
| MARQUETTE CONSUMER F | UNSECURED | 12,449.00 | NA | NA | .00 | .00 |
| MARQUETTE CONSUMER F | OTHER | NA | NA | NA | .00 | .00 |
| MARQUETTE CONSUMER F | OTHER | NA | NA | NA | .00 | .00 |
| MEDICAL COLLECTIONS | UNSECURED | NA | NA | NA | .00 | .00 |
| MILA INC | OTHER | NA | NA | NA | .00 | .00 |
| MONTEREY COLLECTIONS | OTHER | NA | NA | NA | .00 | .00 |
| MONTEREY FINANCIAL S | OTHER | NA | NA | NA | .00 | .00 |
| NORTHWAY BROKER LTD | OTHER | NA | NA | NA | .00 | .00 |
| PLS FINANCIAL SVCS I | UNSECURED | 6,000.00 | NA | NA | .00 | .00 |
| PEOPLES GAS LIGHT & | UNSECURED | NA | 1,308.63 | 1,308.63 | .00 | .00 |
| PEOPLES GAS LIGHT & | UNSECURED | 1,473.00 | NA | NA | .00 | .00 |
| REGINAL YOUNG | UNSECURED | NA | NA | NA | .00 | .00 |
| SALLIE MAE/UNITED ST | UNSECURED | 14,728.41 | 15,518.83 | 15,518.83 | .00 | .00 |
| ARROW FINANCIAL SERV | UNSECURED | 521.00 | 401.15 | 401.15 | .00 | .00 |
| UNITED CASH LOAN | UNSECURED | NA | NA | NA | .00 | .00 |
| UNITED COLLECTION BU | UNSECURED | NA | NA | NA | .00 | .00 |
| USA SERVICES COMPANY | OTHER | NA | NA | NA | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | NA | 300.39 | 300.39 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | NA | 236.43 | 236.43 | .00 | .00 |
| LITTON LOAN SERVICIN | OTHER | NA | NA | NA | .00 | .00 |
| LIGHTHOUSE FINANCIAL | UNSECURED | NA | 1,129.88 | 1,129.88 | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | NA | 348.80 | 348.80 | .00 | .00 |

**UST Form 101-13-FR-S(4/1/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | 2,027.52 | .00 | .00 |
| Debt Secured by Vehicle | .00 | .00 | .00 |
| All Other Secured | 500.00 | .00 | .00 |
| **TOTAL SECURED:** | 2,527.52 | .00 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 55,348.03 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | .00 |
| Disbursements to Creditors | $ | .00 |
| **TOTAL DISBURSEMENTS:** | $ | .00 |

12)   The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:   07/21/2009              /s/ Tom Vaughn
                                 Tom Vaughn, Chapter 13 Trustee

**STATEMENT**   : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption  5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(4/1/2009)**